## TOWN OF COVENTRY

v.

## Carl D. GLICKMAN et al.

### No. 80–255–A.

Supreme Court of Rhode Island.

June 12, 1980.

Arthur G. Capaldi, Town Sol., Coventry, for plaintiff.

Cameron P. Quinn, Providence, for defendants.

### ORDER

The plaintiff's motion for stay of the Superior Court judgment pending appeal and plaintiff's prayer for an order enjoining defendants from transferring less than the entire parcel of land in question here are granted.

WEISBERGER, J., did not participate.

## Henry JAZLOWIECKI

v.

## COASTAL RESOURCES MANAGEMENT COUNCIL.

### No. 80–123–M.P.

Supreme Court of Rhode Island.

June 19, 1980.

W. Slater Allen, Jr., Providence, for petitioner.

Goldman & Biafore, Dennis H. Esposito, Providence, for respondent.

### ORDER

The petition for reconsideration is denied.

## Henry JAZLOWIECKI

v.

## DEPARTMENT OF ENVIRONMENTAL MANAGEMENT et al.

### No. 80–52–M.P.

Supreme Court of Rhode Island.

June 19, 1980.

W. Slater Allen, Jr., Providence, for petitioner.

Sean O. Coffey, Legal Counsel, Dept. of Environmental Management, Providence, for respondents.

### ORDER

The petition for reconsideration is denied.